UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT, | CASE NO. 2:25-cv-01623-JHC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES PATENT AND TRADEMARK OFFICE, et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. Plaintiff filed an application to proceed in forma pauperis (IFP) on August 21, 2025. Dkt. # 1. On August 27, 2025, the Court sent notice of filing deficiencies to Plaintiff. Dkt. # 4. The notice identified two filing deficiencies—Incorrect IFP Submitted and Copyright/Patent/Trademark Forms Omitted— and informed Plaintiff that the correct IFP application must be submitted by September 26, 2025. *Id.* Plaintiff has not filed a corrected IFP application. *See generally* Dkt. Thus, Plaintiff's case is DISMISSED without prejudice.

//

//

//

ORDER - 1

Dated this 29th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2