UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,<br><br>               Defendants. | Case No. C25-1623-JHC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff did not submit the proper form, *see* Dkt. 9, to proceed *in forma pauperis* (IFP) on appeal. *See* Fed. R. App. P. 24(a)(1)(A) (party must submit affidavit showing "in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure (FRAP)] the party's inability to pay or to give security for fees and costs"). Plaintiff is directed to complete and return the proper form within **twenty (20) days** of the date of this Order. Failure to comply may result in denial of Plaintiff's motion. The Clerk is directed to send to Plaintiff a copy of this Order and a copy of Form 4 of the Appendix of Forms to the FRAP.

Dated this 10th day of October, 2025.

                                                Ravi Subramanian
                                                Clerk of Court

                                                By: s/ Stefanie Prather
                                                     Deputy Clerk

MINUTE ORDER - 1