UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.,<br><br>                Defendants. | Case No. C25-1623-JHC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

By Order dated November 21, 2025, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal. Dkt. 13. Accordingly, the Court herein STRIKES Plaintiff's pending Motion for Leave to Appeal *In Forma Pauperis*, Dkt. 9, as moot.

Dated this 2nd day of December, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1